IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:20-CV-216-BO

| | |
|---|---|
| CBRE HEERY, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| RLI INSURANCE COMPANY, *et al.*, | ) |
| Defendants. | ) ORDER |
| SOUTHERN GLASS & MIRROR OF EASTERN NORTH CAROLINA, INC., | ) |
| Counterclaim Plaintiff, | ) |
| v. | ) |
| CBRE HEERY, INC., | ) |
| Counterclaim Defendant. | ) |

This matter is before the court with regard to Plaintiff/Counterclaim Defendant's consent motion to modify the scheduling order. [DE-68]. For good cause shown, the motion is allowed, and the deadlines are amended as follows: Expert reports shall be completed by **October 18, 2021**, all discovery shall be completed by **February 14, 2022**, and all potentially dispositive motions shall be filed by **April 1, 2022**. The provisions of the court's October 22, 2020 scheduling order [DE-35] not altered herein remain in effect.

SO ORDERED, the 18th day of October, 2021.

Robert B. Jones, Jr.
United States Magistrate Judge